J. Kevin Bird, Trustee
384 East 720 South, Suite 201
Orem, UT 84058
(801) 426-4700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | § | Case No. 2:11-BK-22139-WTT |
|---|---|---|
|  | § |  |
| GORDON WILLIARD NICHOLS | § |  |
| SAMANTHA JEAN NICHOLS | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that J. Kevin Bird, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

350 SOUTH MAIN STREET, SALT LAKE CITY, UT 84101

Any person wishing to object to any fee application that has not already been approved or to the Trustee's Final Report must file a written objection with the United States Bankruptcy Court at the above address no later than February 28, 2022, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. In the event any party in interest files a timely objection to the Trustee's Final Report or any application for compensation, a hearing will be scheduled to consider that objection. If no objections are timely filed, the Court may enter an order approving the applications for compensation and the trustee will be authorized to pay dividends pursuant to FRBP 3009 without a hearing being held.

| Date Mailed: | 02/04/2022 | By: | /s/ Bankruptcy Noticing Center |
|---|---|---|---|
|  |  |  | (BNC) |
|  |  |  | Trustee |

J. Kevin Bird
384 East 720 South, Suite 201
Orem, UT 84058
jkevinbird@birdfugal.com
Phone: (801) 426-4700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| In re: | § | Case No. 2:11-BK-22139-WTT |
|---|---|---|
| | § | |
| GORDON WILLIARD NICHOLS | § | |
| SAMANTHA JEAN NICHOLS | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                  $5,469.54
*and approved disbursements of*                      $69.50
*leaving a balance on hand of[1]:*                      $5,400.04

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,400.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| J. Kevin Bird, Trustee Fees | $806.38 | $0.00 | $806.38 |
| J. Kevin Bird, Trustee Expenses | $35.00 | $0.00 | $35.00 |
| CLERK, U.S. BANKRUPTCY COURT, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

Total to be paid for chapter 7 administrative expenses:     $1,101.38
Remaining balance:     $4,298.66

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|   | Remaining balance: | $4,298.66 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $4,298.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,990.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | RC Willey Financial Services | $1,990.67 | $0.00 | $1,990.67 |

|   | Total to be paid to timely general unsecured claims: | $1,990.67 |
|---|---|---|
|   | Remaining balance: | $2,307.99 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $2,307.99 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $2,307.99 |

      To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.29 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $63.98. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor(s) after payment of all claims and interest is $2,244.01.

                                          Prepared By:  /s/ J. Kevin Bird
                                                                       Trustee

J. Kevin Bird
384 East 720 South, Suite 201
Orem, UT 84058
jkevinbird@birdfugal.com
Phone: (801) 426-4700

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**